UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAIQUAN K. FALLS,<br><br>                             Plaintiff,<br><br>         -against-<br><br>ACTING COMMISSIONER ANTHONY J. ANNUCCI, ET AL<br><br>                             Defendant. | 22-CV-8743 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 18, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 18, 2022
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge